

ORDERED in the Southern District of Florida on January 14, 2014.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

RENALDIS D. JARQUIN and           CASE NO. 10-15684-BKC-AJC
LIDIA A. JARQUIN,                 CHAPTER 7

       Debtors./

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 8 FILED BY ONEWEST BANK, FSB

**THIS CAUSE** having come before the court upon the Trustee's Objection to Claim No. 8 filed by OneWest Bank, FSB and Certification of No Response or Settlement and this court having considered the basis for the objection to claim, it is

**ORDERED** that the trustee's objection to Claim No. 8 filed by OneWest Bank, N.A. is sustained and Claim No. 8 is stricken without prejudice for this claimant to pursue its interest in its underlying collateral.

###

Submitted by:

Marcia T. Dunn, Trustee
Chapter 7 Trustee of the Estate of Renaldis D. Jarquin and Lidia A. Jarquin
Case No. 10-15684-BKC-AJC
555 NE 15 ST #934-A
Miami, FL 33132
Telephone: 786-433-3866
Facsimile: 786-260-0269
Email: mdunn@dunnbankruptcy.com

 (Trustee Dunn is hereby directed to serve a copy of this order, immediately upon receipt, to all interested parties and to file a certificate of service thereon.)