UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 10-15684-BKC-AJC
                                                                          Chapter 7
**RENALDIS D JARQUIN**
SS #XXX-XX-0937
**LIDIA A JARQUIN**
SS #XXX-XX-4667

                  Debtor(s)                    /

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on March 6, 2014. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated:  March 6, 2014                           /S/
                                                MARCIA T. DUNN, Trustee
                                                555 N.E. 15 STREET, SUITE 934-A
                                                MIAMI, FL  33132
                                                Telephone: (786) 433-3866
                                                Telefax:  (786) 260-0269

# FINAL DISTRIBUTION

| Case Number: 10-15684   AJC | Page 1 | Date: March 6, 2014 |
|---|---|---|

Debtor Name: JARQUIN, RENALDIS D \ JARQUIN, LIDIA A

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type  -** | | | | | | | |
| | MARCIA T. DUNN, TRUSTEE COMPENSATION | Admin Percent Paid: 100.00 % | | $1,650.01 | $1,650.01 | $0.00 | $0.00 | $0.00 |
| | MARCIA T. DUNN, TRUSTEE EXPENSES | Admin Percent Paid: 100.00 % | | $112.70 | $112.70 | $0.00 | $0.00 | $0.00 |
| | MARCIA T. DUNN, TRUSTEE PRIOR CHAPTER COMPENSATION | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MARCIA T. DUNN, TRUSTEE PRIOR CHAPTER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $1,762.71 | $1,762.71 | $0.00 | $0.00 | |
| | **Claim Type 3210-00 - Attorney for Trustee Fees (Other** | | | | | | | |
| 17 | TABAS, FREEDMAN et al 14 NE 1st AVENUE, PH MIAMI, FL 33132 | Admin Percent Paid: 100.00 % | 001 | $2,800.00 | $2,800.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3210-00** | | | $2,800.00 | $2,800.00 | $0.00 | $0.00 | |
| | **Claim Type 3220-00 - Attorney for Trustee Expenses** | | | | | | | |
| 18 | TABAS, FREEDMAN et al 14 NE 1st AVENUE, PH MIAMI, FL 33132 | Admin Percent Paid: 100.00 % | 001 | $216.73 | $216.73 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3220-00** | | | $216.73 | $216.73 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00 % | | | $4,779.44 | $4,779.44 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 | Unsec Percent Paid: 8.40 % | 070 | $3,294.33 | $276.85 | $3,017.48 | $0.00 | $0.00 |
| 000002 | Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 | Unsec Percent Paid: 8.40 % | 070 | $9,713.61 | $816.33 | $8,897.28 | $0.00 | $0.00 |
| 000004 | American Infosource Lp As Agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Unsec Percent Paid: 8.40 % | 070 | $567.79 | $47.72 | $520.07 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Case Number: 10-15684  AJC | Page 2 | Date: March 6, 2014 |
|---|---|---|

Debtor Name: JARQUIN, RENALDIS D \ JARQUIN, LIDIA A

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000005 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsec | 070<br>Percent Paid: 8.40 % | $4,420.61 | $371.51 | $4,049.10 | $0.00 | $0.00 |
| 000006 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsec | 070<br>Percent Paid: 8.40 % | $1,774.12 | $149.10 | $1,625.02 | $0.00 | $0.00 |
| 000010 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsec | 070<br>Percent Paid: 8.40 % | $1,625.49 | $136.60 | $1,488.89 | $0.00 | $0.00 |
| 000011 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541 | Unsec | 070<br>Percent Paid: 8.40 % | $585.99 | $49.25 | $536.74 | $0.00 | $0.00 |
| 000012 | FIA Card Services NA aka Bank of America<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Unsec | 070<br>Percent Paid: 8.40 % | $2,472.74 | $207.81 | $2,264.93 | $0.00 | $0.00 |
| 000013 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | Unsec | 070<br>Percent Paid: 8.40 % | $4,807.77 | $404.04 | $4,403.73 | $0.00 | $0.00 |
| 000014 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA) and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsec | 070<br>Percent Paid: 8.40 % | $2,472.74 | $207.81 | $2,264.93 | $0.00 | $0.00 |
| 000015 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Unsec | 070<br>Percent Paid: 8.40 % | $9,713.61 | $816.33 | $8,897.28 | $0.00 | $0.00 |
| 000016 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Unsec | 070<br>Percent Paid: 8.40 % | $3,294.33 | $276.85 | $3,017.48 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

Case Number: 10-15684    AJC                                      Page  3                                              Date: March 6, 2014
Debtor Name: JARQUIN, RENALDIS D \ JARQUIN, LIDIA A

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Subtotal For Claim Type 7100-00** | | | $44,743.13 | $3,760.20 | $40,982.93 | $0.00 | |
| | Subtotals For Class Unsecured | 8.40 % | | $44,743.13 | $3,760.20 | $40,982.93 | $0.00 | |
| << Totals >> | | | | $49,522.57 | $8,539.64 | $40,982.93 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.